# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-41158
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 29, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

AURELIO PEREZ-ALEMAN,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:13-CR-470-1

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Aurelio Perez-Aleman raises an argument that he concedes is foreclosed by *United States v. Espinoza*, 733 F.3d 568, 571-74 (5th Cir. 2013), *cert. denied*, 134 S. Ct. 1936 (2014), which held that the Texas offense of assault constitutes a violent felony under the Armed Career Criminal Act even when committed recklessly. The unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.